| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Feb.15,2022 |

------------------------------------------------------------ x
:
**JONATHAN MCLEAN,** :
:
                          **Plaintiff,** :      **1:20-cv-8189 (ALC)**
:
           -against- :
:      **ORDER**
**UNITED STATES.,** :
:
                        **Defendant.** :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Plaintiff's letter requesting leave to submit DVDs of medical records and to seal the medical records. ECF No. 16. No later than **February 18, 2022**, Plaintiff is directed to inform the Court why review of these records is necessary at this motion to dismiss stage. If Plaintiff submits these records are necessary, Plaintiff shall also explain whether the relevant excerpts can be uploaded via ECF.

**SO ORDERED.**

Dated:    February 15, 2022
             New York, New York

                                                                      **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**