```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JONATHAN MCLEAN,

                  **Plaintiff,**                  20-CV-08189 (ALC)(SN)

    -against-                  **ORDER**

UNITED STATES,

                  **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On May 16, 2022, the Hon. Andrew L. Carter, Jr. referred this case to my docket for general pretrial supervision. ECF No. 29. The parties are to follow the schedule adopted by Judge Carter on May 4, 2022. ECF No. 27. In addition, the parties shall file a letter on the status of discovery by no later than July 15, 2022. The letter should address any outstanding discovery disputes.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                               United States Magistrate Judge

DATED:    New York, New York
                May 17, 2022