```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JONATHAN MCLEAN,

                              **Plaintiff,**                20-CV-08189 (ALC)(SN)

          -against-                                      **ORDER**

UNITED STATES,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The conference previously scheduled for Thursday, September 8, 2022, is ADJOURNED to Tuesday, October 25, 2022, at 3:00 p.m. The conference will be held in person in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are required to comply with the Court's most recent COVID-19 safety guidance, including courtroom and entry protocols. Information about the Court's protocols is available at: https://nysd.uscourts.gov/covid-19-coronavirus. The parties should plan to arrive at least 30 minutes in advance to complete the entry screening process. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286. As previously ordered, all deadlines are STAYED pending the Court's decision on Defendant's motion to amend.

**SO ORDERED.**

                                                                  _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:    New York, New York
                September 7, 2022