UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JONATHAN MCLEAN,

                                   **Plaintiff,**                        **20-CV-08189 (ALC)(SN)**

            -against-                                           **ORDER**

UNITED STATES,

                                 **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On August 31, 2022, Defendant requested leave to amend its answer to the Complaint under Federal Rule of Civil Procedure 15(a)(2) because certain of the medical providers are not covered under the Federal Tort Claims Act. ECF No. 34. Following a discussion on the record, the Court grants Plaintiff until December 9, 2022, to file an Amended Complaint to name these additional entities or individuals. The Government shall cooperate with Plaintiff's counsel to expedite service, and all Defendants are directed to answer or otherwise move against the Amended Complaint under the time permitted by the Federal Rules of Civil Procedure.

**SO ORDERED.**

                                                                        _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      New York, New York
                 November 10, 2022