```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JONATHAN MCLEAN,

                             Plaintiff,                      20-CV-08189 (ALC)(SN)

       -against-                               **ORDER**

UNITED STATES, BRONXCARE HEALTH
SYSTEM, et al.,

                           Defendants.

-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On December 5, 2022, Plaintiff filed an affidavit of service on Defendants Arlene Tieng and Musulu Mbayanga. ECF Nos. 51 & 52. As of today, Defendants have not filed a notice of appearance, responsive pleading, or any other motion.

    Accordingly, a conference to set a schedule for the completion of discovery and address the status of the claims against the individual Defendants is scheduled for Wednesday, January 11, 2023, at 3:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at Rachel_Slusher@nysd.uscourts.gov.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:    New York, New York
                December 29, 2022