UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
JONATHAN MCLEAN,

                      **Plaintiff,**

        -against-                      20-CV-8189 (ALC)(SN)

UNITED STATES, et al.                **ORDER**

                      **Defendants.**

-------------------------------------------------------- X

**ANDREW L. CARTER, JR., United States District Judge:**

As stated on the record at the August 24, 2023 conference, Third-Party Defendant Quest Diagnostics Incorporated ("Quest") is **GRANTED** leave to file (1) a motion to dismiss Plaintiff's Second Amended Complaint and (2) a motion to dismiss Defendant BronxCare Health System's Third-Party Complaint.

The parties indicated a willingness to engage in informal settlement negotiations. The parties shall file a joint status report by **October 2, 2023** indicating whether they would like more time to discuss settlement or whether they seek a referral to the mediation program or a settlement conference before Magistrate Judge Netburn. If the case has not settled, the parties should include a proposed briefing schedule for Quest's motions to dismiss in the October 2 status report.

**SO ORDERED.**

**Dated**: August 28, 2023
           New York, New York

                                                             **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**