```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JONATHAN MCLEAN,

                              Plaintiff,                    20-CV-08189 (ALC)(SN)

     -against-                                                 **ORDER**

UNITED STATES, et al.,

                             Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Under Federal Rule of Civil Procedure 25, decedent's successor or representative must file a motion for substitution by February 5, 2024. If such motion is not timely filed, this action "must be dismissed." Fed. R. Civ. P. 25(a). Until the Court grants a substitution, all proceedings are STAYED. The Court extends its condolences to Mr. McLean's family and friends. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 130 and 131.

**SO ORDERED.**

                                                                         _[signature]_
                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:       November 14, 2023
                  New York, New York