UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JONATHAN MCLEAN,

                                 Plaintiff,                  20-CV-08189 (ALC)(SN)

            -against-                         **ORDER**

UNITED STATES, et al.,

                                Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties shall meet and confer to discuss settlement and a briefing schedule for the pending motions to dismiss at ECF Nos. 122 & 125. By January 19, 2024, the parties shall jointly file a letter (1) updating the Court on the status of settlement negotiations and indicating whether a settlement conference would be productive and (2) proposing a schedule to complete the motion to dismiss briefing.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      January 12, 2024
                   New York, New York