UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHERISE MCLEAN, as Executor for the Estate of
JONATHAN MCLEAN, deceased,

                  **Plaintiff,**                20-CV-08189 (ALC)(SN)

    -against-                          **ORDER**

UNITED STATES, et al.,

                  **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Before this case was stayed on November 14, 2023, fact discovery was set to end on January 5, 2024. ECF Nos. 121, 132. The stay was lifted on January 12, 2024. Because discovery is no longer stayed, the parties shall update the Court on the status of discovery in their February 20, 2024 letter. In that letter, the parties shall also propose new discovery deadlines, if necessary.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      January 30, 2024
                New York, New York