USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**SHERISE MCLEAN, as Executor for the Estate of**
**JONATHAN MCLEAN, deceased,**

                    **Plaintiff,**                                  **20-CV-08189 (ALC)(SN)**

        -against-                                                   **ORDER**

**UNITED STATES, et al.,**

                    **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        As discussed at the March 15, 2024 conference, all fact discovery shall be completed by

Friday, May 31, 2024. Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C),

including the identities and reports of experts, if any, shall be made by Monday, July 1, 2024.

The disclosure of expert evidence intended by a party solely to contradict or rebut expert

evidence on the same subject matter disclosed by the opposing party shall be made by Friday,

August 30, 2024. All expert discovery shall be completed by Friday, October 11, 2024.

        The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 156 and

158.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:        March 18, 2024
              New York, New York