UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

SHERISE MCLEAN,

       Plaintiff,

  -against-

QUEST DIAGNOSTICS INC., et al.

       Defendants.

-------------------------------------------------------- X

20-cv-8189 (ALC)(SN)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Defendant Quest Diagnostics Incorporated's ("Quest") letters regarding withdrawal of its pending motions to dismiss (ECF Nos. 122-127). Quest's motions are hereby **DENIED** as moot. The Clerk of Court is respectfully requested to terminate the pending motions at ECF Nos. 122 and 125.

**SO ORDERED.**

Dated: September 13, 2024
     New York, New York

                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**