UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SHERISE MCLEAN, as Executor for the Estate of
JONATHAN MCLEAN, deceased,

                                 Plaintiff,                            20-CV-08189 (SN)

          -against-                                        **ORDER**

UNITED STATES, et al.,

                                 Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On October 25, 2024, the parties jointly informed the Court that they reached a settlement. The parties subsequently consented to my jurisdiction. ECF No. 193. The parties are ORDERED to file any stipulation of dismissal, motion for compromise, or status letter by December 2, 2024.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     November 13, 2024
                New York, New York